UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT JOSEPH TUBIOLO,

              Appellant,

    v.

NATIONSTAR MORTGAGE LLC d/b/a
CHAMPION MORTGAGE COMPANY, and
MICHAEL G. MALAIER,

              Appellee.

Case No. 3:25-cv-06151-TMC

ORDER TO SHOW CAUSE

      This matter comes before the Court on review of the record. Appellant Scott Joseph Tubiolo began this case by filing a Notice of Appeal on December 22, 2025 from a decision of the Bankruptcy Court. Dkt. 1 at 10. On January 27, 2026, the Bankruptcy Clerk's office issued a Notice of Deficient Appeal to Mr. Tubiolo, providing him with a checklist of required documents to pursue his appeal. Dkt. 5. Since then, Mr. Tubiolo has not addressed the problems identified in the Notice of Deficient Appeal.

      To "prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case of their own accord for a party's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689

ORDER TO SHOW CAUSE - 1

(9th Cir. 2005) (finding that courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute).

The Court therefore ORDERS that no later than March 23, 2026, Mr. Tubiolo must show why this case should not be dismissed for failure to prosecute. Failure to timely respond will result in dismissal without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record, to the Bankruptcy Clerk's office, and to any party appearing pro se at said party's last known address.

Dated this 2nd day of March, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2